# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Phyllis A. DeSalvo

Case No.: 15-37276

Chapter: 13

Debtor(s)   Judge Donald R. Cassling

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

    The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of CITIZENS BANK NA F/K/A RBS CITIZENS NA, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-11222)**

Dated  November 11, 2015.

By:  /s/ Peter C. Bastianen

NOTE: This law firm is a debt collector.