# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Phyllis A. DeSalvo | Case No.: 15-37276<br>Chapter: 13<br>Hearing Date: 1/8/16 |
| Debtor | Judge Donald R. Cassling |

## NOTICE OF MOTION

**TO:** Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Phyllis A. DeSalvo, Debtor, 2320 Woodbridge Way, Unit 1A, Lombard, IL 60148
Paul M. Bach, Attorney for Debtor, 900 Jorie Boulevard Suite 150, Oak Brook, IL 60523 by electronic notice through ECF

PLEASE TAKE NOTICE that on 1/8/16, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Donald R. Cassling, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Kane County Courthouse 100 S. Third Street, Geneva, Illinois, Room 240, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on December 30, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 30, 2015.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-11222)**

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 30, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 30, 2015.

  Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
  Phyllis A. DeSalvo, Debtor, 2320 Woodbridge Way, Unit 1A, Lombard, IL 60148
  Paul M. Bach, Attorney for Debtor, 900 Jorie Boulevard Suite 150, Oak Brook, IL 60523 by electronic notice through ECF

                                                               /s/ Peter C. Bastianen
                                                                 Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-11222)**

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Phyllis A. DeSalvo<br><br><br>Debtor | Case No.: 15-37276<br>Chapter: 13<br>Hearing Date: 1/8/16<br><br>Judge Donald R. Cassling |

### MOTION TO CONFIRM TERMINATION OR ABSENCE OF STAY

**NOW COMES** CITIZENS BANK NA F/K/A RBS CITIZENS NA, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order confirming termination or absence of stay pursuant to 11 U.S.C. §362(j) and in support thereof states as follows:

1.	This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2.	The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 2320 Woodbridge Way Unit #1A, Lombard, IL 60148;

3.	Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 10/31/15;

4.	Debtor has had one prior case dismissed within 365 days of filing the current case:

	a.	Bankruptcy Chapter 13 Case #14-21259 filed on 6/5/14 by Phyllis A. DeSalvo.  Case dismissed on 11/21/14;

5.	The prior case was not dismissed pursuant to 11 U.S.C. §707(b);

6. That pursuant to 11 U.S.C. §362(c)(3) the automatic stay expired 30 days after this case was filed;

7. That in the event the stay is modified, Movant requests this Court find that Rule 3002.1 is not applicable with respect to Movant as the loan secured by the property described herein will not be paid pursuant to 11 U.S.C. 1322(b)(5);

8. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding as follows:

    $850.00    for Preparation of Notice and Motion and prosecution of same

9. That the debtor has not filed a motion to extend the stay within the 30 days of the filing of the bankruptcy case;

**WHEREFORE,** CITIZENS BANK NA F/K/A RBS CITIZENS NA prays this Court enter an order pursuant to 11 U.S.C. §362(j) confirming termination or absence of stay, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this December 30, 2015.

    Respectfully Submitted,

    Codilis & Associates, P.C.

    By/s/ Peter C. Bastianen
    Berton J. Maley ARDC#6209399
    Rachael A. Stokas ARDC#6276349
    Gloria C. Tsotsos ARDC#6274279
    Jose G. Moreno ARDC#6229900
    Peter C. Bastianen ARDC#6244346
    Joel P. Fonferko ARDC#6276490
    **Codilis & Associates, P.C.**
    15W030 North Frontage Road, Suite 100
    Burr Ridge, IL 60527
    (630) 794-5300
    **C&A FILE (14-14-11222)**

NOTE: This law firm is a debt collector.