# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Phyllis A. DeSalvo<br><br>Debtor(s) | Case No.: 15-37276<br>Chapter: 13<br>Plan filed on 10/31/2015<br>Confirmation Hearing: 3/18/16<br><br>Judge Donald R. Cassling (Kane) |

## OBJECTION TO CONFIRMATION OF PLAN FILED ON 10/31/2015

**NOW COMES** CITIZENS BANK NA F/K/A RBS CITIZENS NA, and/or its assigns (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 10/31/2015 and in support thereof states as follows:

1.  Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 10/31/15 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2.  Movant filed a claim in the amount of $64,599.86 secured by an interest in the real property commonly known as 2320 Woodbridge Way Unit #1A, Lombard, IL, which is a single family residence occupied by the Debtor as her principal residence;

3.  Section 3.1 of the Debtor(s) plan proposes to bifurcate Movant's claim into a secured claim of $36,085.78 based on the alleged value plus interest at 4.25% with the balance of Movant's claim to be paid as a general unsecured claim;

4.  Movant objects to the bifurcation of its claim because it holds a claim secured only by real property that is the Debtor(s) principal residence, so bifurcation of its claim is prohibited by 11 U.S.C §1322(b)(2);

5. Even if Movant's claim could be bifurcated, Movant objects:

a. To the value proposed in Debtor(s) plan because no evidence of the proposed value has been provided and the attached appraisal indicates the value is $96,000;

b. To the failure of Debtor(s) plan to provide for maintenance of real estate taxes and hazard insurance;

6. That sufficient grounds exist for denial of confirmation as Debtor's plan:

a. Impermissibly bifurcates Movant's claim in violation of 11 U.S.C. §1322(b)(2);

b. Fails to properly value Movant's secured claim

c. Fails to provide for maintenance of real estate taxes and hazard insurance;

7. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

$500.00    for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed

**WHEREFORE,** CITIZENS BANK NA F/K/A RBS CITIZENS NA prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this 3/4/2016
.

Respectfully Submitted,
Codilis & Associates, P.C.

By:  /s/ Joel Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279

                                Jose G. Moreno ARDC#6229900
                                Peter C. Bastianen ARDC#6244346
                                Joel P. Fonferko ARDC#6276490
                                **Codilis & Associates, P.C.**
                                15W030 North Frontage Road, Suite 100
                                Burr Ridge, IL 60527
                                (630) 794-5300
                                **C&A FILE (14-14-11222)**

NOTE: This law firm is a debt collector.