### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.  15-37276 |
| | ) | Chapter 13 |
| PHYLLIS A. DESALVO, | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor. | ) | Hearing Date:  08/11/2017 at 9:30 a.m. |

### AGREED ORDER

This matter coming before the court for hearing on Highland Lakes Condominium Association's Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised:

**IT IS HEREBY ORDERED:**

1.      Through August 2017, there is a balance of $1,461.62 due and owing to Highland Lakes Condominium Association from Debtor for post-petition assessments, late fees, attorney fees, and court costs.

2.      Debtor shall pay this $1,461.62 balance as follows:

      a.      $386.00 shall be paid on or before August 19, 2017;

      b.      $359.00 shall be paid on or before September 19, 2017;

      c.      $359.00 shall be paid on or before October 19, 2017;

      d.      $357.62 shall be paid on or before November 19, 2017;

3.      Additionally, Debtor shall pay her regular monthly assessment on or before the 1st of each month beginning with the September 2017 assessment and continuing for the pendency of the bankruptcy.

_____
Attorney for Highland Lakes
Condominium Association

_____
Attorney for Debtor, Phyllis A.
DeSalvo

4.    Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, Highland Lakes Condominium Association shall send notice of said default to the Debtor and counsel for Debtor. Debtor shall then have 21 days from the date of the default notice to cure the same.

5.    In the event Debtor does not cure any default with respect to the payments set forth in Paragraphs 2 or 3 after notice and within the 21 days provided herein, the automatic stay shall be dissolved without further order of court and Highland Lakes Condominium Association shall be entitled to pursue any and all remedies available to it for the collection of said amounts plus any additional unpaid post-petition amounts.

**AGREED TO:**

_____
Attorney for Highland Lakes
Condominium Association

_____
Attorney for Debtor, Phyllis A.
DeSalvo

ENTER:
_____
Bankruptcy Judge

Date:    **11 AUG 2017**

#6318040
Vincent M. Canale
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

2