# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Luz Macalalag

AND ATTACHED LIST OF CASES          Case No.: 15-25013 et al.

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Jose Moreno formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY PETER C. BASTIANEN, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for lender **CITIZENS BANK NA F/K/A RBS CITIZENS NA** and Jose Moreno formerly of Codilis & Associates, P.C. withdraws his appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Jose Moreno | Peter C. Bastianen |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Jose Moreno                    /s/ Peter C. Bastianen

RESPECTFULLY SUBMITTED

/s/ Peter C. Bastianen

February 21, 2019

NOTE: This law firm is a debt collector.

14-15-17331

Attached List of Cases:

| BK Case # | Debtor(s) |
|---|---|
| 15-25013 | Luz Macalalag |
| 17-36374 | Catrise E Colone |
| 15-17058 | Keith Lee and Ebony Lee |
| 15-29567 | John W. Fliss |
| 15-30834 | Patrick J Perry and Andrea Simone Perry |
| 15-32875 | Rodrigo Juarez and Graciela Juarez |
| 15-37276 | Phyllis A. DeSalvo |
| 16-04863 | Christine Seiwert |
| 16-06717 | Randy L Krefft and Kathy D Krefft |
| 16-11121 | Linda Ann Beatty |
| 16-12400 | Phyllis Jean Zanardelli |
| 16-17329 | Nicanor De La Torre and Ofelia De La Torre |
| 16-20548 | Deborah A Forys |
| 16-22099 | William C. Drozdik and Marlene C. Drozdik |
| 16-25104 | Florence Mae Rhyne |
| 16-29591 | Jonathan D Carter |
| 16-36197 | Daniel P. Nikolic |
| 17-09191 | Benedict M Llames |
| 17-14017 | Rodney Coffee |
| 17-34177 | Doris Stephens |
| 18-01439 | John H. Abrahamian |
| 18-09219 | Richard Swann and Alisa Swann |
| 18-14289 | Frank J Barta, Jr. |
| 18-20789 | Alfonso Fernando Barcena and Marilyn Jean Barcena |
| 18-23635 | Marshall W Cooper, Jr. |
| 15-20243 | Charlotte A Murrell-Walls |
| 16-20753 | Louis A Spina and Ragina J Spina |
| 17-06589 | Annette Helen Mancini |
| 17-13851 | Michael A Grandinetti |
| 17-34177 | Doris Stephens |
| 18-03422 | Victor Gonzalez Vargas |
| 18-13492 | Micaela Gonzalez |
| 13-33605 | Robert W Greslik and Diana L Greslik |
| 14-17336 | Jose A Cabada |
| 15-01619 | Betty Jean Robinson |
| 16-38718 | Sarah A. Turner |
| 17-08351 | Carl T. Groesbeck |
| 17-09722 | Angelo Tsagalis and Julie Tsagalis |
| 17-16726 | Moses Heredia and Jayne C. Bautista |
| 17-36529 | Glenn E Kendall |
| 18-15401 | John D. Phillips |
| 17-16726 | Moses Heredia and Jayne C. Bautista |
| 18-03609 | Gloria Santiago |
| 18-31665 | George Martin, III |
| 14-37820 | Anita M. Dix |
| 14-19953 | Miguel Salas |
| 14-17497 | Tomeeka J Jones |
| 14-17698 | Elfega Manjarrez |