```
                                        AR4667.TXT
020119                          01          Late Fees           (20.02)
020119          APPLY CHARGES   A1          ASSESSMENT           313.23    1542.91
020119                          C5          LOAN SPEC ASSMT       72.91    1615.82
------
030119          APPLY CHARGES   A1          ASSESSMENT           313.23    1929.05
030119                          C5          LOAN SPEC ASSMT       72.91    2001.96
```

3-15-19  BK Legal fee - Lift Stay                                881.00   2,882.96

```
                              AR4667.TXT
120117                       C5      LOAN SPEC ASSMT    (32.91)      40.00
------
010118         APPLY CHARGES A1      ASSESSMENT          313.23     353.23
010118                       C5      LOAN SPEC ASSMT      72.91     426.14
011718  386.14 205    011718 A1      ASSESSMENT         (313.23)     40.00
011718                       C5      LOAN SPEC ASSMT     (72.91)
------
020118         APPLY CHARGES A1      ASSESSMENT          313.23     353.23
020118                       C5      LOAN SPEC ASSMT      72.91     426.14
022018  386.14 113799 022018 A1      ASSESSMENT         (313.23)     40.00
022018                       C5      LOAN SPEC ASSMT     (72.91)
021918         APPLY LATE FEE 01     Late Fees            20.00      60.00
------
030118         APPLY CHARGES A1      ASSESSMENT          313.23     373.23
030118                       C5      LOAN SPEC ASSMT      72.91     446.14
031918         APPLY LATE FEE 01     Late Fees            20.00     466.14
032618  300.00 82127040 032618 A1    ASSESSMENT         (300.00)    166.14
------
040118         APPLY CHARGES A1      ASSESSMENT          313.23     479.37
040118                       C5      LOAN SPEC ASSMT      72.91     552.28
042018         APPLY LATE FEE 01     Late Fees            20.00     572.28
------
050118         APPLY CHARGES A1      ASSESSMENT          313.23     885.51
050118                       C5      LOAN SPEC ASSMT      72.91     958.42
050918  113.28 8001713809 050918 A1  ASSESSMENT         (113.28)    845.14
050918  400.00 8001713798 050918 A1  ASSESSMENT         (400.00)    445.14
------
060118         APPLY CHARGES A1      ASSESSMENT          313.23     758.37
060118                       C5      LOAN SPEC ASSMT      72.91     831.28
062018  386.14 216    062018 A1      ASSESSMENT         (386.14)    445.14
062518  400.00 218    062518 A1      ASSESSMENT          (53.50)     45.14
062518                       01      Late Fees           (60.00)
062518                       C5      LOAN SPEC ASSMT    (286.50)
------
070118         APPLY CHARGES A1      ASSESSMENT          313.23     358.37
070118                       C5      LOAN SPEC ASSMT      72.91     431.28
072318         APPLY LATE FEE 01     Late Fees            20.00     451.28
------
080118         APPLY CHARGES A1      ASSESSMENT          313.23     764.51
080118                       C5      LOAN SPEC ASSMT      72.91     837.42
080718  386.14 1082385234 080718 A1  ASSESSMENT         (386.14)    451.28
------
090118         APPLY CHARGES A1      ASSESSMENT          313.23     764.51
090118                       C5      LOAN SPEC ASSMT      72.91     837.42
091918  386.14 292    091918 A1      ASSESSMENT         (386.14)    451.28
------
100118         APPLY CHARGES A1      ASSESSMENT          313.23     764.51
100118                       C5      LOAN SPEC ASSMT      72.91     837.42
102318         APPLY LATE FEE 01     Late Fees            20.00     857.42
------
110118         APPLY CHARGES A1      ASSESSMENT          313.23    1170.65
110118                       C5      LOAN SPEC ASSMT      72.91    1243.56
111518  300.00 8139233709 111518 A1  ASSESSMENT         (300.00)    943.56
------
120118         APPLY CHARGES A1      ASSESSMENT          313.23    1256.79
120118                       C5      LOAN SPEC ASSMT      72.91    1329.70
122018         APPLY LATE FEE 01     Late Fees            20.00    1349.70
------
010119         APPLY CHARGES A1      ASSESSMENT          313.23    1662.93
010119                       C5      LOAN SPEC ASSMT      72.91    1735.84
010419  100.00 8238519202 010419 A1  ASSESSMENT         (100.00)   1635.84
------
020119  406.16 1009   020119 A1      ASSESSMENT         (386.14)   1229.68
                              Page 13
```

```
                                    AR4667.TXT
------
010117             APPLY CHARGES     A1    ASSESSMENT         313.23     1603.35
010117                               C5    LOAN SPEC ASSMT     72.91     1676.26
012017   386.14 97          012017   A1    ASSESSMENT        (386.14)    1290.12
------
020117             APPLY CHARGES     A1    ASSESSMENT         313.23     1603.35
020117                               C5    LOAN SPEC ASSMT     72.91     1676.26
020717   386.14 0747136947  020717   A1    ASSESSMENT        (386.14)    1290.12
------
030117             APPLY CHARGES     A1    ASSESSMENT         313.23     1603.35
030117                               C5    LOAN SPEC ASSMT     72.91     1676.26
031717   386.14 109         031717   A1    ASSESSMENT        (386.14)    1290.12
------
040117             APPLY CHARGES     A1    ASSESSMENT         313.23     1603.35
040117                               C5    LOAN SPEC ASSMT     72.91     1676.26
042517   386.14 116         042517   A1    ASSESSMENT        (386.14)    1290.12
------
050117             APPLY CHARGES     A1    ASSESSMENT         313.23     1603.35
050117                               C5    LOAN SPEC ASSMT     72.91     1676.26
052317   386.14 125         052317   A1    ASSESSMENT        (386.14)    1290.12
------
060117             APPLY CHARGES     A1    ASSESSMENT         313.23     1603.35
060117                               C5    LOAN SPEC ASSMT     72.91     1676.26
062317   386.14 142         062317   A1    ASSESSMENT        (386.14)    1290.12
------
070117             APPLY CHARGES     A1    ASSESSMENT         313.23     1603.35
070117                               C5    LOAN SPEC ASSMT     72.91     1676.26
072817   386.14 0781917400  072817   A1    ASSESSMENT        (386.14)    1290.12
------
080117             APPLY CHARGES     A1    ASSESSMENT         313.23     1603.35
080117                               C5    LOAN SPEC ASSMT     72.91     1676.26
080717   200.00 3554        080717   A1    ASSESSMENT        (200.00)    1476.26
080717   800.00 9466929258  080717   A1    ASSESSMENT        (592.34)     676.26
080717                               C5    LOAN SPEC ASSMT   (207.66)
082817   300.00 161         082817   01    Late Fees          (60.00)     376.26
082817                               C5    LOAN SPEC ASSMT   (240.00)
082817   330.00 184918      082817   C5    LOAN SPEC ASSMT   (330.00)      46.26
------
090117             APPLY CHARGES     A1    ASSESSMENT         313.23      359.49
090117                               C5    LOAN SPEC ASSMT     72.91      432.40
090117   386.14 819177280   090117   A1    ASSESSMENT        (313.23)      46.26
090117                               C5    LOAN SPEC ASSMT    (72.91)
090117    86.14 819177290   090117   C5    LOAN SPEC ASSMT    (46.26)     (39.88)
090117                               PP    Credit-Prepaid     (39.88)
------
100117             APPLY CHARGES     A1    ASSESSMENT         313.23      273.35
100117                               C5    LOAN SPEC ASSMT     72.91      346.26
100117             APPLY PREPAYMNT   A1    ASSESSMENT         (39.88)     346.26
100417   346.26 206492      100417   A1    ASSESSMENT        (273.35)       0.00
100417                               C5    LOAN SPEC ASSMT    (72.91)
102717   300.14 918164      102717   PP    Credit-Prepaid    (300.14)    (300.14)
------
110117             APPLY CHARGES     A1    ASSESSMENT         313.23       13.09
110117                               C5    LOAN SPEC ASSMT     72.91       86.00
110117             APPLY PREPAYMNT   A1    ASSESSMENT        (300.14)      86.00
111717    46.00 19183395    111717   A1    ASSESSMENT         (13.09)      40.00
111717                               C5    LOAN SPEC ASSMT    (32.91)
111717   386.14 19183384    111717   C5    LOAN SPEC ASSMT    (40.00)    (346.14)
111717                               PP    Credit-Prepaid    (346.14)
------
120117             APPLY CHARGES     A1    ASSESSMENT         313.23      (32.91)
120117                               C5    LOAN SPEC ASSMT     72.91       40.00
120117             APPLY PREPAYMNT   A1    ASSESSMENT        (313.23)      40.00
                                        Page 12
```

```
                                 AR4667.TXT


                              HIGHLAND LAKES
                      FINANCIAL TRANSACTIONS - 03/12/19

2320 WOODBRIDGE # 1A                         Unit ID: L23201A
DeSALVO, PHYLLIS                             STATUS:
                                             PREPAID BAL:      0.00
 TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------   BALANCE
 DATE    PAYMT AMT CHECK #     DEP DT  CODE  N/A  DESCRIPTION      AMOUNT        DUE
 ------ ----------- ---------- ------- ----- ---- ---------------- ----------   -----------
 100105             APPLY CHARGES       A1        ASSESSMENT         207.00      207.00
 100705     207.00 1894607843 100705    A1        ASSESSMENT        (207.00)       0.00
 ------
 110105             APPLY CHARGES       A1        ASSESSMENT         207.00      207.00
 110305     207.00 1894608312 110305    A1        ASSESSMENT        (207.00)       0.00
 ------
 120105             APPLY CHARGES       A1        ASSESSMENT         207.00      207.00
 120505     207.00 1894608882 120505    A1        ASSESSMENT        (207.00)       0.00
 ------
 010106             APPLY CHARGES       A1        ASSESSMENT         214.00      214.00
 012006             APPLY LATE FEE      01        Late Fees           20.00      234.00
 ------
 020106             APPLY CHARGES       A1        ASSESSMENT         214.00      448.00
 022206             APPLY LATE FEE      01        Late Fees           20.00      468.00
 ------
 030106             APPLY CHARGES       A1        ASSESSMENT         214.00      682.00
 030706     214.00 1894610938 030706    A1        ASSESSMENT        (214.00)     468.00
 030706     408.00 7098971406 030706    A1        ASSESSMENT        (408.00)      60.00
 ------
 040106             APPLY CHARGES       A1        ASSESSMENT         214.00      274.00
 040406     214.00 1895381521 040406    A1        ASSESSMENT        (214.00)      60.00
 040406      60.00 1895381539 040406    A1        ASSESSMENT         (20.00)       0.00
 040406                                 01        Late Fees          (40.00)
 ------
 050106             APPLY CHARGES       A1        ASSESSMENT         214.00      214.00
 050406     214.00 1895838217 050406    A1        ASSESSMENT        (214.00)       0.00
 ------
 060106             APPLY CHARGES       A1        ASSESSMENT         214.00      214.00
 060506     214.00 1341       060506    A1        ASSESSMENT        (214.00)       0.00
 ------
 070106             APPLY CHARGES       A1        ASSESSMENT         214.00      214.00
 070706     214.00 1360       070706    A1        ASSESSMENT        (214.00)       0.00
 ------
 080106             APPLY CHARGES       A1        ASSESSMENT         214.00      214.00
 080706     214.00 1382       080706    A1        ASSESSMENT        (214.00)       0.00
 ------
 090106             APPLY CHARGES       A1        ASSESSMENT         214.00      214.00
 092006             APPLY LATE FEE      01        Late Fees           20.00      234.00
 ------
 100106             APPLY CHARGES       A1        ASSESSMENT         214.00      448.00
 102006             APPLY LATE FEE      01        Late Fees           20.00      468.00
 ------
 110106             APPLY CHARGES       A1        ASSESSMENT         214.00      682.00
 110106     234.00 9123455074 110106    A1        ASSESSMENT        (214.00)     448.00
 110106                                 01        Late Fees          (20.00)
 ------
 120106             APPLY CHARGES       A1        ASSESSMENT         214.00      662.00
 122006             APPLY LATE FEE      01        Late Fees           20.00      682.00
 122606     234.00 2548616388 122606    A1        ASSESSMENT        (214.00)     448.00
 122606                                 01        Late Fees          (20.00)
 ------
                                     Page 1
```



```
FRED BUCHOLZ
DUPAGE COUNTY RECORDER
JUL.11,2014         RHSP    2:18 PM
OTHER               06-29-106-001
066 PAGES   R2014-060294
```

# AMENDED AND RESTATED DECLARATION OF CONDOMINIUM OWNERSHIP AND OF EASEMENTS, RESTRICTIONS, AND COVENANTS FOR HIGHLAND LAKES CONDOMINIUMS

## COVER PAGE

Section 8.10:    **Deductibles**

In the event any of the insurance policies of the Association have a deductible, the Board may, in the case of a claim for damage to a Unit or the Common Elements on such policy, (i) pay the deductible amount as a common expense, (ii) after notice and an opportunity for a hearing, assess the deductible amount against the Unit Owner(s) who caused the damage or from whose Unit(s) the damage or cause of loss originated, or (iii) require the Unit Owner(s) of the Unit(s) affected to pay the deductible amount.

Section 8.11:    **Adjustment of Losses and Distribution of Proceeds**

Any loss covered by the property policy provided for in Section 8.02 of this Declaration shall be adjusted by and with the Association. The insurance proceeds for that loss shall be payable to the Association, or to the Insurance Trustee designated by the Association for that purpose. The Insurance Trustee or the Association shall hold any insurance proceeds in trust for Unit Owners and secured parties as their interests may appear. The proceeds must be disbursed first for the repair or restoration of the damaged Common Elements, the bare walls, ceilings, and floors of the Units, and then to any improvements and betterments the Association may insure. Unit Owners are not entitled to receive any portion of the proceeds unless there is a surplus of proceeds after the Common Elements and Units have been completely repaired or restored or the Association has been terminated as trustee.

Section 8.12:    **Certificate of Insurance**

Contractors and vendors (except public utilities) doing business with the Association under contracts exceeding Ten Thousand Dollars ($10,000) per year shall provide certificates of Insurance naming the Association, the Board, and the Association's managing agent as additional insured parties.

## ARTICLE IX

## ASSESSMENTS—MAINTENANCE FUND

Section 9.01:    **Annual Estimate of Expenses**

(a)    Each year on or before November 15, the Board shall estimate the total amount necessary to pay the cost of wages, materials, insurance, services and supplies which will be required during the ensuing calendar year for the rendering of all services, taking into consideration the possibility of the addition to the Property of one or more Additional Parcels during the ensuing calendar year together with a reasonable amount considered by the Board to be necessary for a reserve for contingencies and replacements. The annual budget shall also take into

account the estimated net available cash income for the year from the operation or use of the Common Elements. Said estimated cash requirement shall be assessed to the Unit Owners according to each Unit Owner's percentage of ownership in the Common Elements as set forth in Exhibit "B" of this Declaration, as the same may be amended from time to time. Each Unit Owner shall receive, at least thirty (30) days prior to the adoption thereof by the Board, a copy of the proposed annual budget together with an indication of which portions are intended for reserves, capital expenditures or repairs or payment of real estate taxes.

(b) Provided that, if the annual budget or any separate assessment adopted by the Board in a given year would result in assessments payable in the current fiscal year exceeding one hundred and fifteen percent (115%) of the sum of all regular and separate assessments payable during the preceding fiscal year, then the Board, upon written petition by Unit Owners with at least twenty percent (20%) of the total votes in the Association delivered to the Board within fourteen (14) days of the Board action adopting the annual budget, shall call a meeting of the Unit Owners within thirty (30) days of the date of delivery of the petition to consider the annual budget. Unless Unit Owners with a majority of the total votes in the Association cast votes at the meeting to reject the annual budget, it is ratified.

(c) Any common expense not set forth in the budget or any increase in assessments over the amount adopted in the budget shall be separately assessed against all Unit Owners.

(d) Provided, however, that separate assessments for expenditures relating to emergencies or mandated by law may be adopted by the Board without being subject to Unit Owner approval or the provisions of subsection (b) of this Section. As used in this Section, "emergency" means an immediate danger to the structural integrity of the Common Elements or to the life, health, safety or property of the Unit Owners.

(e) Provided further that assessments for additions and alterations to the Common Elements or to Association-owned property not included in the adopted annual budget shall be separately assessed and are subject to approval of Unit Owners with at least two-thirds (2/3) of the total votes in the Association.

Section 9.02:    **Notice of Assessments**

Each year on or before December 1, the Board shall notify each Unit Owner in writing as to the amount of such assessment and each Unit Owner's annual

share thereof computed in the manner set forth herein, together with a reasonable itemization with respect thereto.

Section 9.03:   **Payment of Assessments—Accounting**

On or before January 1 of the ensuing year, and on the first day of each and every month thereafter of said year, each Unit Owner, jointly and severally, shall be personally liable and obligated to pay to the Board, or as it may direct, one-twelfth (1/12) of the assessment made pursuant to this Article. On or before April 1 of each calendar year following the initial meeting, the Board shall supply to all Unit Owners an itemized accounting of the common expenses for the previous calendar year actually incurred and paid, together with an indication of which portions were for reserves, capital expenditures or repairs or payment of real estate taxes and with a tabulation of the amounts collected pursuant to the budget or assessment, and showing the net excess or deficit of income over expenditures plus reserves. Any amount accumulated in excess of the amount required for actual expenses and reserves shall be credited according to each Unit Owners' percentage of ownership in the Common Elements to the next monthly installments due from each Unit Owner under the current year's estimate until exhausted and any net shortage shall be added according to each Unit Owner's percentage of ownership in the Common Elements to the installments due in the succeeding six (6) months after rendering of the accounting.

Section 9.04:   **Reserves**

The Board shall build up and maintain a reasonable reserve for contingencies and replacements. Extraordinary expenditures not included in the annual estimate which may become necessary during the year, except increases in expenditures made necessary by the Inclusion of one or more Additional Parcels in the Property shall be charged first against such reserve. If such "estimated cash requirement" proves inadequate for whatever reason caused, including non-payment of any Unit Owner's assessment, the Board may, at any time, levy a further assessment, which shall be assessed to the Unit Owners according to each Unit Owners' percentage of ownership in the Common Elements. The Board shall serve notice of such further assessment on all Unit Owners by a statement, in writing, giving the amount and reasons therefor, and such further assessments shall become effective with the next monthly maintenance payment which is due more than ten (10) days after the delivery or mailing of such notice of further assessment. All Unit Owners shall be personally liable and obligated to pay their respective adjusted monthly assessment.

Section 9.05:	**Initial Estimate of Expenses**

When the first Board elected hereunder takes office, it shall determine the "estimated cash requirement" of the Association as hereinabove defined, for the period commencing thirty (30) days after said election and ending on December 31 of the calendar year in which said election occurs. Assessments shall be levied against the Unit Owners during said period as provided in this Article.

Section 9.06:	**Delay in Budget Preparation**

The failure or delay of the Board to prepare or serve the annual or adjusted estimate on the Unit Owners shall not constitute a waiver or release in any manner of such Unit Owner's obligation to pay the assessments herein described including the maintenance costs and necessary reserves for the Association as herein provided, whenever the same shall be determined, and in the absence of the annual estimate or adjusted estimate, the Unit Owner shall continue to pay the monthly assessment at the then existing monthly rate established for the previous period until the monthly assessment which is due more than ten (10) days after such new or annual adjusted estimate shall have been mailed or delivered.

Section 9.07:	**Books of Account**

The Board shall keep full and correct books of account in chronological order of the receipt and expenditures affecting the Common Elements and the Limited Common Elements specifying and itemizing the maintenance and repair expenses of the Common Elements and the Limited Common Elements and any other expenses incurred. Such records and vouchers authorizing the payments shall be available for inspection by any Unit Owner and any representative of any Unit Owner duly authorized in writing, at such reasonable time or times during normal business hours as may be requested by the Unit Owner. Upon ten (10) days' notice to the Board and payment of a reasonable fee, any Unit Owner shall be furnished a statement of his account which sets forth the amount of any unpaid assessments or other charges due and owing from such Unit Owner.

Section 9.08:	**Expenditure of Funds**

All funds collected hereunder shall be held and expended for the purposes designated herein, and (except for such special assessments as may be levied hereunder against less than all the Unit Owners and for such adjustments as need be required to reflect delinquent or prepaid assessments) shall be deemed to be held for the benefit, use and account of all of the Unit Owners according to their respective interests therein, in the percentage set forth in Exhibit "B" as amended from time to time.

Section 9.09:	Delinquent Payment of Assessments

If a Unit Owner is in default in the monthly payment of the aforesaid charges or assessments for thirty (30) days, the Board may assess a service charge of one and one-half (1 ½%) percent of the balance of the aforesaid charges and assessments in default for thirty (30) days for each month, or part thereof, that said balance, or any part thereof, remains unpaid. In addition to any remedies or liens provided by law, if a Unit Owner is in default in the monthly payment of the aforesaid charges or assessments for sixty (60) days, all other monthly payments of charges and assessments due for the calendar year in which such default occurs shall accelerate and become immediately due and payable. The Board may bring suit for and on behalf of themselves and as representatives of all Unit Owners to enforce collection thereof or to foreclose the lien therefor as hereinafter provided; and there shall be added to the amount due, the costs of said suit, the aforesaid service charge and other fees and expenses together with legal interest and reasonable attorneys' fees to be fixed by the Court. To the extent permitted by any decision or any statute or law now or hereafter effective, the amount of any delinquent and unpaid charges or assessments, and interest, costs and fees as above provided shall be and become a lien or charge against the Unit Ownership of the Unit Owner involved when payable and may be foreclosed by an action brought in the name of the Board as in the case of foreclosure of liens against real estate. Said lien shall take effect and be in force and any encumbrances owned or held by any bank, insurance company savings and loan association or other financial institution shall be subject as to priority when and as provided in the Act; provided, however, that encumbrances owned or held by any bank, insurance company or savings and loan association shall be subject as to priority after written notice to said encumbrancer of unpaid common expenses only to the lien of all common expenses on the encumbered Unit Ownership which become due and payable subsequent to the date said encumbrancer either takes possession of the Unit, accepts a conveyance of any interest in the Unit Ownership, or has a receiver appointed in a suit to foreclose his lien. In addition, the Board may also take possession of such defaulting Unit Owner's interest in the Property and maintain an action for possession in the manner provided by law. Any encumbrancer may from time to time request in writing a written statement from the Board setting forth the unpaid assessments with respect to the Unit Ownership covered by such encumbrance.

Section 9.10:	Amendments

Amendments to this Article IX shall only be effective upon unanimous written consent of all Unit Owners, and their mortgagees. No Unit Owner may waive or otherwise escape liability for the assessments provided for herein by non-use of the Common Elements or abandonment of his Unit.

deliver such instruments and to perform all acts as in manner and form may be necessary to effect such sale, provided, however, that any Unit Owner who did not vote in favor of such action and who has filed a written objection thereto with the Board within twenty (20) days after the date of the meeting at which such sale was approved shall be entitled to receive from the proceeds of such sale an amount equivalent to the value of his interest, as determined by a fair appraisal, less the amount of any unpaid assessments or charges due and owing from such Unit Owner. In the absence of agreement on an appraiser, such Unit Owner and the prospective purchaser of the Property shall each select an appraiser, and two so selected shall select a third, and the fair market value, as determined by a majority of the three so selected shall control. If either party shall fail to select an appraiser, then the one designated by the other party shall make the appraisal.

## ARTICLE XIV

## REMEDIES FOR BREACH OF COVENANTS, RESTRICTIONS AND REGULATIONS

Section 14.01:     Remedies in General

In the event of any default or violation by any Unit Owner of the provisions of the Act, the Declaration, the By-Laws or any rules and regulations adopted by the Board from time to time pursuant to the power and authority granted by the Act, the Declaration or the By-Laws, the Board and its agents shall have each and all of the rights and remedies which may be provided for in the Act, the Declaration and the By-Laws or said rules and regulations or which may be available at law or in equity and may prosecute any action or other proceeding against such defaulting Unit Owner for the enforcement of any lien, the appointment of a receiver for the Unit and the Unit Ownership of such Unit Owner or for damages or injunction or specific performance or for judgment for the payment of money and collection thereof or the right to take possession of the Unit and sell the same as hereinafter provided, or for any combination of remedies. All such rights and remedies shall be deemed cumulative and non-exclusive of one another and may be exercised cumulatively and concurrently. Without limiting the generality of the foregoing, in the event of a breach or violation of the Act, the Declaration, the By-Laws or the rules and regulations adopted by the Board from time to time, the Board shall have the following rights and remedies.

Section 14.02:     Abatement and Enjoinment

The Board shall have the right:

(a)     to enter upon any portion of the Property upon which, or as to which, such violation or breach exists and to summarily abate and remove, at