### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PHYLLIS A. DESALVO | ) |
| | ) No. 15-37276 |
| | ) Chapter 13 (Kane) |
| Debtor | ) Honorable Janet S. Baer |
| | ) Hearing Date: 5/24/2019 at 10:00 a.m. |

### AGREED ORDER

This matter coming before the court for hearing on HIGHLAND LAKES CONDOMINIUM ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 and Relief from the debtor's Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through May 2019, there was a balance of $951.00 due and owing to Highland Lakes Condominium Association from Debtor for post-petition assessments, late fee, attorney's fees, and court costs.

2. Debtor shall pay this $951.00 balance as follows:

   a. $50.00 shall be paid on or before June 1, 2019;

   b. $50.00 shall be paid on or before July 1, 2019;

   c. $50.00 shall be paid on or before August 1, 2019;

   d. $50.00 shall be paid on or before September 1, 2019;

   e. $50.00 shall be paid on or before October 1, 2019;

   f. $50.00 shall be paid on or before November 1, 2019;

   g. $50.00 shall be paid on or before December 1, 2019;

   h. $50.00 shall be paid on or before January 1, 2020;

   i. $50.00 shall be paid on or before February 1, 2020;

j. $50.00 shall be paid on or before March 1, 2020;

k. $50.00 shall be paid on or before April 1, 2020;

l. $50.00 shall be paid on or before May 1, 2020;

m. $50.00 shall be paid on or before June 1, 2020;

n. $50.00 shall be paid on or before July 1, 2020;

o. $50.00 shall be paid on or before August 1, 2020;

p. $50.00 shall be paid on or before September 1, 2020;

q. $50.00 shall be paid on or before October 1, 2020;

r. $50.00 shall be paid on or before November 1, 2020;

s. $51.00 shall be paid on or before December 1, 2020;

3. Additionally, Debtor shall pay their regular monthly assessment and all other charges which become due and owing on or before the 1st of each month beginning with the June 2019 assessment and continuing for the pendency of the bankruptcy.

4. Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, then the Stay shall be modified, without further order of court, so as to allow Movant to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 2320 Woodbridge Way, Unit 1A, Lombard, Illinois 60148, PROVIDED that written notice of default is sent to Debtor, Debtor's Attorney, and the Chapter 13 Trustee (either by regular mail or through ECF). The Stay shall be modified unless Debtor cures by payment of the amount specified in the notice of default, which may include attorneys' fees not to exceed $100.00 incurred for the issuance of the notice of default, within 15 days of the mailing of the notice of default. In order to cure, funds must be paid in the form of certified check, money order or cashier's check payable to and tendered at the offices of Keay & Costello, P.C. at the address below.

AGREED TO:

By *Jennifer Ann Filipiak*
Jennifer A. Filipiak, Attorney for
Highland Lakes Condominium
Association

By *Joseph Davidson*
Joseph Davidson, attorney for debtor

ENTER:
*Janet S. Baer*
Bankruptcy Judge
Date: **MAY 2 4 2019**

Attorney No. 6315340
Jennifer A. Filipiak
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446