# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PHYLLIS A. DESALVO ) | |
| ) | No.  15-37276 |
| ) | Chapter 13 (Kane) |
| Debtor ) | Honorable Janet S. Baer |
| ) | |

## NOTICE OF DEFAULT

Notice of default of the May 24, 2019 Agreed Order is hereby given to Phyllis A. DeSalvo and counsel for Debtor.  Pursuant to the Agreed Order, Debtor was to pay $50.00 per month toward the arrearage on their post-petition assessment account with Creditor Highland Lakes Condominium Association and remain current on the accruing assessments.  The remaining unpaid balance should have been $351.00 as of May 8, 2020.  However, the actual balance on the post-petition account is $2,428.72.  The Debtor has failed to pay the June through August 2019 Agreed Order payments totaling $150.00, the September 2019 Agreed Order payment totaling $45.00, the March through May 2020 Agreed Order payments totaling $150.00, the October 2019 assessment and special assessment payment of $386.13, the March through May 2020 assessment and special assessment payments totaling $1,186.59 along with additional late fees, credit analysis fees and miscellaneous fees totaling $160.00.  Additionally, and per the May 24, 2019 Agreed Order, Highland Lakes Condominium Association has incurred $100.00 in attorney's fees for the issuance of this notice of default.  Therefore, Debtor is in default under the Agreed Order in the amount of $2,177.72.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order.  Please forward $2,177.72 by cashier's check, money order or personal check made payable to Highland

Lakes Condominium Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than May 25, 2020. If the amount of $2,177.72 is not paid by May 25, 2020 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Highland Lakes Condominium Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

                                    HIGHLAND LAKES CONDOMINIUM
                                    ASSOCIATION

                        By:     /s/ Amy E. Olson             .
                                    Attorney for Creditor

ARDC: 6304972  
Amy E. Olson  
KEAY & COSTELLO, P.C.  
128 South County Farm Road  
Wheaton, IL 60187  
amy@keaycostello.com  
(630) 690-6446

```
                                   00863143.TXT




                                 HIGHLAND LAKES
                         FINANCIAL TRANSACTIONS - 05/06/20

2320 WOODBRIDGE # 1A                              Unit ID: 23201A
DeSALVO, PHYLLIS                                  STATUS: 04 - Legal/Attny
                                                  PREPAID BAL:     0.00
  TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------  BALANCE
  DATE   PAYMT AMT CHECK #     DEP DT CODE  N/A  DESCRIPTION       AMOUNT        DUE
 ------ ----------- ---------- ------ ----- ---- --------------- ----------  ------------
 100105             APPLY CHARGES     A1   0    ASSESSMENT          207.00       207.00
 100705   207.00 1894607843 100705 A1      ASSESSMENT              (207.00)        0.00
 ------
 110105             APPLY CHARGES     A1        ASSESSMENT          207.00       207.00
 110305   207.00 1894608312 110305 A1      ASSESSMENT              (207.00)        0.00
 ------
 120105             APPLY CHARGES     A1        ASSESSMENT          207.00       207.00
 120505   207.00 1894608882 120505 A1      ASSESSMENT              (207.00)        0.00
 ------
 010106             APPLY CHARGES     A1        ASSESSMENT          214.00       214.00
 012006             APPLY LATE FEE    01        Late Fees            20.00       234.00
 ------
 020106             APPLY CHARGES     A1        ASSESSMENT          214.00       448.00
 022206             APPLY LATE FEE    01        Late Fees            20.00       468.00
 ------
 030106             APPLY CHARGES     A1        ASSESSMENT          214.00       682.00
 030706   214.00 1894610938 030706 A1      ASSESSMENT              (214.00)      468.00
 030706   408.00 7098971406 030706 A1      ASSESSMENT              (408.00)       60.00
 ------
 040106             APPLY CHARGES     A1        ASSESSMENT          214.00       274.00
 040406   214.00 1895381521 040406 A1      ASSESSMENT              (214.00)       60.00
 040406    60.00 1895381539 040406 A1      ASSESSMENT               (20.00)        0.00
 040406                                01   Late Fees               (40.00)
 ------
 050106             APPLY CHARGES     A1        ASSESSMENT          214.00       214.00
 050406   214.00 1895838217 050406 A1      ASSESSMENT              (214.00)        0.00
 ------
 060106             APPLY CHARGES     A1        ASSESSMENT          214.00       214.00
 060506   214.00 1341       060506 A1      ASSESSMENT              (214.00)        0.00
 ------
 070106             APPLY CHARGES     A1        ASSESSMENT          214.00       214.00
 070706   214.00 1360       070706 A1      ASSESSMENT              (214.00)        0.00
 ------
 080106             APPLY CHARGES     A1        ASSESSMENT          214.00       214.00
 080706   214.00 1382       080706 A1      ASSESSMENT              (214.00)        0.00
 ------

                                      Page 1
```

```
                                       00863143.TXT
 072817        386.14 0781917400 072817 A1         ASSESSMENT       (386.14)    1290.12
 ------
 080117              APPLY CHARGES      A1         ASSESSMENT         313.23    1603.35
 080117                                 C5         LOAN SPEC ASSMT     72.91    1676.26
 080717        200.00 3554       080717 A1         ASSESSMENT       (200.00)    1476.26
 080717        800.00 9466929258 080717 A1         ASSESSMENT       (592.34)     676.26
 080717                                 C5         LOAN SPEC ASSMT  (207.66)
 082817        300.00 161        082817 01         Late Fees         (60.00)     376.26
 082817                                 C5         LOAN SPEC ASSMT  (240.00)
 082817        330.00 184918     082817 C5         LOAN SPEC ASSMT  (330.00)      46.26
 ------
 090117              APPLY CHARGES      A1         ASSESSMENT         313.23     359.49
 090117                                 C5         LOAN SPEC ASSMT     72.91     432.40
 090117        386.14 819177280  090117 A1         ASSESSMENT       (313.23)      46.26
 090117                                 C5         LOAN SPEC ASSMT   (72.91)
 090117         86.14 819177290  090117 C5         LOAN SPEC ASSMT   (46.26)     (39.88)
 090117                                 PP         Credit-Prepaid    (39.88)
 ------
 100117              APPLY CHARGES      A1         ASSESSMENT         313.23     273.35
 100117                                 C5         LOAN SPEC ASSMT     72.91     346.26
 100117              APPLY PREPAYMNT    A1         ASSESSMENT        (39.88)     346.26
 100417        346.26 206492     100417 A1         ASSESSMENT       (273.35)       0.00
 100417                                 C5         LOAN SPEC ASSMT   (72.91)
 102717        300.14 918164     102717 PP         Credit-Prepaid   (300.14)    (300.14)
 ------
 110117              APPLY CHARGES      A1         ASSESSMENT         313.23      13.09
 110117                                 C5         LOAN SPEC ASSMT     72.91      86.00
 110117              APPLY PREPAYMNT    A1         ASSESSMENT       (300.14)      86.00
 111717         46.00 19183395   111717 A1         ASSESSMENT        (13.09)      40.00
 111717                                 C5         LOAN SPEC ASSMT   (32.91)
 111717        386.14 19183384   111717 C5         LOAN SPEC ASSMT   (40.00)    (346.14)
 111717                                 PP         Credit-Prepaid   (346.14)
 ------
 120117              APPLY CHARGES      A1         ASSESSMENT         313.23     (32.91)
 120117                                 C5         LOAN SPEC ASSMT     72.91      40.00
 120117              APPLY PREPAYMNT    A1         ASSESSMENT       (313.23)      40.00
 120117                                 C5         LOAN SPEC ASSMT   (32.91)      40.00
 ------
 010118              APPLY CHARGES      A1         ASSESSMENT         313.23     353.23
 010118                                 C5         LOAN SPEC ASSMT     72.91     426.14
 011718        386.14 205        011718 A1         ASSESSMENT       (313.23)      40.00
 011718                                 C5         LOAN SPEC ASSMT   (72.91)
 ------
 020118              APPLY CHARGES      A1         ASSESSMENT         313.23     353.23
 020118                                 C5         LOAN SPEC ASSMT     72.91     426.14
 021918              APPLY LATE FEE     01         Late Fees           20.00     446.14
 022018        386.14 113799     022018 A1         ASSESSMENT       (313.23)      60.00
 022018                                 C5         LOAN SPEC ASSMT   (72.91)

                                       Page  16
```

```
                                    00863143.TXT
 ------
 030118              APPLY CHARGES       A1        ASSESSMENT         313.23      373.23
 030118                                  C5        LOAN SPEC ASSMT     72.91      446.14
 031918              APPLY LATE FEE      01        Late Fees           20.00      466.14
 032618   300.00 82127040    032618 A1             ASSESSMENT        (300.00)     166.14
 ------
 040118              APPLY CHARGES       A1        ASSESSMENT         313.23      479.37
 040118                                  C5        LOAN SPEC ASSMT     72.91      552.28
 042018              APPLY LATE FEE      01        Late Fees           20.00      572.28
 ------
 050118              APPLY CHARGES       A1        ASSESSMENT         313.23      885.51
 050118                                  C5        LOAN SPEC ASSMT     72.91      958.42
 050918   113.28 8001713809 050918 A1             ASSESSMENT        (113.28)     845.14
 050918   400.00 8001713798 050918 A1             ASSESSMENT        (400.00)     445.14
 ------
 060118              APPLY CHARGES       A1        ASSESSMENT         313.23      758.37
 060118                                  C5        LOAN SPEC ASSMT     72.91      831.28
 062018   386.14 216         062018 A1             ASSESSMENT        (386.14)     445.14
 062518   400.00 218         062518 A1             ASSESSMENT         (53.50)      45.14
 062518                                  01        Late Fees          (60.00)
 062518                                  C5        LOAN SPEC ASSMT   (286.50)
 ------
 070118              APPLY CHARGES       A1        ASSESSMENT         313.23      358.37
 070118                                  C5        LOAN SPEC ASSMT     72.91      431.28
 072318              APPLY LATE FEE      01        Late Fees           20.00      451.28
 ------
 080118              APPLY CHARGES       A1        ASSESSMENT         313.23      764.51
 080118                                  C5        LOAN SPEC ASSMT     72.91      837.42
 080718   386.14 1082385234 080718 A1             ASSESSMENT        (386.14)     451.28
 ------
 090118              APPLY CHARGES       A1        ASSESSMENT         313.23      764.51
 090118                                  C5        LOAN SPEC ASSMT     72.91      837.42
 091918   386.14 292         091918 A1             ASSESSMENT        (386.14)     451.28
 ------
 100118              APPLY CHARGES       A1        ASSESSMENT         313.23      764.51
 100118                                  C5        LOAN SPEC ASSMT     72.91      837.42
 102318              APPLY LATE FEE      01        Late Fees           20.00      857.42
 ------
 110118              APPLY CHARGES       A1        ASSESSMENT         313.23     1170.65
 110118                                  C5        LOAN SPEC ASSMT     72.91     1243.56
 111518   300.00 8139233709 111518 A1             ASSESSMENT        (300.00)     943.56
 ------
 120118              APPLY CHARGES       A1        ASSESSMENT         313.23     1256.79
 120118                                  C5        LOAN SPEC ASSMT     72.91     1329.70
 122018              APPLY LATE FEE      01        Late Fees           20.00     1349.70
 ------
 010119              APPLY CHARGES       A1        ASSESSMENT         313.23     1662.93
 010119                                  C5        LOAN SPEC ASSMT     72.91     1735.84
```

```
                                    00863143.TXT
 010119                EXPENSE ADJ         10        Credit Analysis      30.00     1765.84
 010419     100.00 8238519202 010419 A1              ASSESSMENT         (100.00)    1665.84
 ------
 020119     406.16 1009         020119 A1            ASSESSMENT         (386.14)    1259.68
 020119                                   01         Late Fees           (20.02)
 020119                APPLY CHARGES       A1        ASSESSMENT          313.23     1572.91
 020119                                   C5         LOAN SPEC ASSMT      72.91     1645.82
 ------
 030119                APPLY CHARGES       A1        ASSESSMENT          313.23     1959.05
 030119                                   C5         LOAN SPEC ASSMT      72.91     2031.96
 031519                EXPENSE ADJ         05        Attorney Fees       700.00     2731.96
 031519                EXPENSE ADJ         05        Attorney Fees       181.00     2912.96
 031919                APPLY LATE FEE      01        Late Fees            20.00     2932.96
 ------
 040119                APPLY CHARGES       A1        ASSESSMENT          313.23     3246.19
 040119                                   C5         LOAN SPEC ASSMT      72.91     3319.10
 040119                EXPENSE ADJ         10        Credit Analysis      30.00     3349.10
 041619                APPLY LATE FEE      01        Late Fees            20.00     3369.10
 041919     386.14 1052         041919 A1            ASSESSMENT         (386.14)    2982.96
 ------
 050119                APPLY CHARGES       A1        ASSESSMENT          313.23     3296.19
 050119                                   C5         LOAN SPEC ASSMT      72.91     3369.10
 050119     386.14 9466917553 050119 A1              ASSESSMENT         (386.14)    2982.96
 050719    2001.96 33793        050719 A1            ASSESSMENT        (1114.83)     981.00
 050719                                   01         Late Fees           (39.98)
 050719                                   C5         LOAN SPEC ASSMT    (847.15)
 052919                EXPENSE ADJ         10        Credit Analysis      30.00     1011.00
 ------
 060119                APPLY CHARGES       A1        ASSESSMENT          313.23     1324.23
 060119                                   C5         LOAN SPEC ASSMT      72.91     1397.14
 061719     386.14 1081         061719 A1            ASSESSMENT         (313.23)    1011.00
 061719                                   01         Late Fees           (40.00)
 061719                                   C5         LOAN SPEC ASSMT     (32.91)
 ------
 070119                APPLY CHARGES       A1        ASSESSMENT          313.23     1324.23
 070119                                   C5         LOAN SPEC ASSMT      72.91     1397.14
 071619     386.14 1096         071619 A1            ASSESSMENT         (313.23)    1011.00
 071619                                   C5         LOAN SPEC ASSMT     (72.91)
 ------
 080119                APPLY CHARGES       A1        ASSESSMENT          313.23     1324.23
 080119                                   C5         LOAN SPEC ASSMT      72.91     1397.14
 081619     386.14 1103         081619 A1            ASSESSMENT         (313.23)    1011.00
 081619                                   C5         LOAN SPEC ASSMT     (72.91)
 ------
 090119                APPLY CHARGES       A1        ASSESSMENT          313.23     1324.23
 090119                                   C5         LOAN SPEC ASSMT      72.91     1397.14
 092319                APPLY LATE FEE      01        Late Fees            20.00     1417.14
 ------
```

```
                                    00863143.TXT
 100119              APPLY CHARGES    A1         ASSESSMENT         313.23     1730.37
 100119                               C5         LOAN SPEC ASSMT     72.91     1803.28
 101519      55.00 18122      101519  A1         ASSESSMENT         (55.00)    1748.28
 ------
 110119              APPLY CHARGES    A1         ASSESSMENT         322.62     2070.90
 110119                               C5         LOAN SPEC ASSMT     72.91     2143.81
 110819      50.00 40889      110819  A1         ASSESSMENT         (50.00)    2093.81
 110819     406.14 540888     110819  A1         ASSESSMENT        (406.14)    1687.67
 110119              APPLY CHARGES    A1         ASSESSMENT          (9.40)    1678.27
 112719     386.14 9625       112719  A1         ASSESSMENT        (386.14)    1292.13
 ------
 120119              APPLY CHARGES    A1         ASSESSMENT         313.23     1605.36
 120119                               C5         LOAN SPEC ASSMT     72.91     1678.27
 120619      50.00 541182     120619  A1         ASSESSMENT         (50.00)    1628.27
 ------
 010120              APPLY CHARGES    A1         ASSESSMENT         322.62     1950.89
 010120                               C5         LOAN SPEC ASSMT     72.91     2023.80
 ------
 113019              EXPENSE ADJ      10         Credit Analysis     30.00     2053.80
 ------
 010820              EXPENSE ADJ      07         Misc. Charges       50.00     2103.80
 010820     386.14 1317       010820  A1         ASSESSMENT        (386.14)    1717.66
 010820      50.00 1897       010820  A1         ASSESSMENT         (50.00)    1667.66
 011520      50.00 16716      011520  A1         ASSESSMENT         (50.00)    1617.66
 012920     395.53 2254       012920  A1         ASSESSMENT        (142.11)    1222.13
 012920                               01         Late Fees          (20.00)
 012920                               05         Attorney Fees     (233.42)
 ------
 020120              APPLY CHARGES    A1         ASSESSMENT         322.62     1544.75
 020120                               C5         LOAN SPEC ASSMT     72.91     1617.66
 022720     395.53 1000       022720  A1         ASSESSMENT        (322.62)    1222.13
 022720                               05         Attorney Fees      (72.91)
 ------
 030120              APPLY CHARGES    A1         ASSESSMENT         322.62     1544.75
 030120                               C5         LOAN SPEC ASSMT     72.91     1617.66
 031920              APPLY LATE FEE   01         Late Fees           20.00     1637.66
 ------
 040120              APPLY CHARGES    A1         ASSESSMENT         322.62     1960.28
 040120                               C5         LOAN SPEC ASSMT     72.91     2033.19
 ------
 050120              APPLY CHARGES    A1         ASSESSMENT         322.62     2355.81
 050120                               C5         LOAN SPEC ASSMT     72.91     2428.72

 5/8/2020         Bankrupty Legal Fee - Default Notice              100.00     2,528.72


                          B A L A N C E     S U M M A R Y
                          -------------------------------
                                   Page  19
```

```
                        00863143.TXT


     CHARGE CODE    DESCRIPTION           AMOUNT
     -----------    ---------------    ------------
        A1          ASSESSMENT              967.86
        01          Late Fees                20.00
        07          Misc. Charges            50.00
        05          Attorney Fees           674.67
        C5          LOAN SPEC ASSMT         696.19
        10          Credit Analysis         120.00
                                       ------------
                    TOTAL:                2,528.72
```