IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PHYLLIS A. DESALVO | ) | |
| | ) | No.  15-37276 |
| | ) | Chapter 13 (Kane) |
| Debtor | ) | Honorable Janet S. Baer |
| | ) | |

NOTICE OF DEFAULT

Notice of default of the May 24, 2019 Agreed Order is hereby given to Phyllis A. DeSalvo and counsel for Debtor.  Pursuant to the Agreed Order, Debtor was to pay $50.00 per month toward the arrearage on their post-petition assessment account with Creditor Highland Lakes Condominium Association and remain current on the accruing assessments.  The remaining unpaid balance should have been $151.00 as of September 15, 2020.  However, the actual balance on the post-petition account is $1,359.01.  The Debtor has failed to pay the June 2020 through September 2020 Agreed Order payments totaling $200.00, a portion of the May 2020 assessment of $91.13, the June assessment of $322.62, the June special assessment of $72.91, a portion of the July 2020 special assessment of $52.91, the August 2020 special assessment of $72.91, the September 2020 assessment of $322.62 along with the September 2020 special assessment of $72.91.   Additionally, and per the May 24, 2019 Agreed Order, Highland Lakes Condominium Association has incurred $100.00 in attorney's fees for the issuance of this notice of default.  Therefore, Debtor is in default under the Agreed Order in the amount of $1,308.01.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order.  Please forward $1,308.01 by cashier's check, money order or personal check made payable to Highland Lakes Condominium Association to Keay & Costello, P.C., 128 South County Farm Road,

2

Wheaton, Illinois 60187 no later than October 1, 2020. If the amount of $1,308.01 is not paid by October 1, 2020 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Highland Lakes Condominium Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

                                    HIGHLAND LAKES CONDOMINIUM ASSOCIATION

                                    By:    /s/ Amy E. Olson    .
                                              Attorney for Creditor

ARDC: 6304972
Amy E. Olson
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
amy@keaycostello.com
(630) 690-6446