**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Phyllis A Desalvo | ) | Case no. 15-37276 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Phyllis A Desalvo                                   Sulaiman Law Group
2320 Woodbridge Way #1A                  2500 S Highland Ave #200
Lombard, IL  60148                              Lombard,IL 60148

Please take notice that on Friday, October 23, 2020 at 9:15 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**This motion will be presented and heard telephonically**.  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with **Court Solutions, LLC.**  You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, September 23, 2020.

/s/ Alyssa Ruan
For: Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Phyllis A Desalvo | ) | Case no. 15-37276 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on October 31, 2015.
2. The debtor plan was confirmed on April 29, 2016.

A Summary of the debtor plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $1,700.00 | Last Payment Received: | August 18, 2020 |
| Amount Paid: | $74,922.00 | Amount Delinquent: | $4,880.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

Respectfully Submitted;

/s/ Pamela L. Peterson
For: Glenn Stearns, Trustee